# MEMORANDUM DECISIONS

Charles ACKNER, Applt., v. Edward SCHRECK, Respt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment reversed, and order setting aside verdict modified, so as to grant a new trial, and as so modified affirmed, without costs, on the ground that the evidence presents a case for the consideration of the jury. All concur.

Elizabeth AGMINAS, Applt., v. WILKES-BARRE COLLIERY CO., Respt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

William F. AHRENS, plaintiff, v. The PHILIP SCHMITT BUILDING COMPANY and others, defendants. Parshelsky Bros., Inc., appellant; John G. Goldfuss, respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Final order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

William ALLAN, appellant, v. Henry M. DOWNING and Winifred Downing, respondents. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion for leave to appeal to the Court of Appeals denied.

AMERICAN METAL CEILING COMPANY, Inc., respondent, v. NEW HYDE PARK FIRE DISTRICT, John H. Heidtmann, George E. Christ, et al., defendants, Nassau Lumber Company, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Motion for reargument granted, and case set down for Thursday May 4, 1916.

AMERICAN & BRITISH MFG. CO. v. INTERNATIONAL POWER CO. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion denied with $10 costs. Order filed.

Charlotte ANDREWS, an inft., Respt., v. James C. FARGO, as Pres't, etc., Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment and order affirmed with costs. No opinion. Order filed.

Max J. ANNENBERG and another, respondents, v. The EBLING BREWING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Application denied, with $10 costs.

Moses V. ARROWAY, applt., v. DELAWARE, L. & W. R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. March 31, 1916.) Motion granted and appeal dismissed.

Arthur C. AUGROM and one, respts., v. Myron S. CURTIS and one, applts. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Appeal dismissed without costs upon stipulation filed.

Ignatz J. AYMAR v. Samuel J. BLOOMINGDALE et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Application denied with $10 costs. Order signed.

Ray B. BABCOCK, respt., v. John H. LYNCH, applt. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order affirmed with $10 costs and disbursements. All concur.

In re Matter of the Probate of the Last Will and Testament of Mary BACKUS, deceased. (Supreme Court, Appellate Division, Fourth Department. March 31, 1916.) Decree affirmed with costs to the respondent, payable out of the estate. All concur.

Ben P. BAGBY v. ELLIOTT–FISHER CO. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Application denied with $10 costs. Order signed.

In the Matter of the Application of David H. BAILEY for the Cancellation of Assessments, etc., for Acquiring Title to West 27th Street, etc. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Theodore BAKER et al., appellants, v. Emma H. GRIFFITH and Charles E. Griffith, respondents. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion for leave to appeal to the Court of Appeals denied.

Willard BAKER and Charlie Baker, respts., v. Hannah KING, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment and order unanimously affirmed with costs.

Orville BALCH, individually, etc., et al., applts., v. Lillian E. FINK et al., respts. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order (92 Misc.